## 39708. STATE HIGHWAY DEPARTMENT v. HIGHTOWER.

EBERHARDT, Judge. The general demurrer of the condemnee to the State Highway Department's petition and "declaration of taking" filed under the authority of Ga. L. 1961, pp. 517-529 (*Code Ann. Ch.* 36-13) seeking to condemn certain property for a limited access interstate highway was properly sustained. *State Highway Dept. v. Hatcher*, 218 Ga. 299.

*Judgment affirmed. Carlisle, P. J., and Russell, J., concur.*

DECIDED SEPTEMBER 21, 1962—REHEARING DENIED OCTOBER 2, 1962.

*Eugene Cook, Attorney General, Carter Goode, E. J. Summerour, Assistant Attorneys General, Dudley S. Hancock,* for plaintiff in error.

*Webb & Fowler, W. Howard Fowler,* contra.